UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Andrew E Williamson,<br><br>              Plaintiff,<br><br>     v.<br><br>Burke et al.,<br><br>              Defendants. | CASE NO. 3:19-cv-05166-RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: JUNE 28, 2019 |

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge J. Richard Creatura. Plaintiff Andrew E. Williamson, proceeding *pro se*, initiated this civil rights action on March 1, 2019 *See* Dkt. 1. Plaintiff did not file the proper form for proceeding *in forma pauperis* (IFP). Dkts. 1, 2. On March 5, 2019, the Clerk's Office instructed plaintiff to file the proper IFP form by April 4, 2019 and provided plaintiff with the correct form. Dkts. 2, 2-1. Plaintiff did not submit the proper IFP form or pay the filing fee. *See* Dkt.

On April 22, 2019, the Court ordered plaintiff to submit the proper IFP form or pay the $400.00 filing fee by May 20, 2019. Dkt. 3. The Court warned plaintiff that failure to comply with the Court's order would result in a recommendation that this case be dismissed. Dkt. 3.

1 | Plaintiff has failed to comply with the Court's order. He has not filed a response to the
2 | order, submitted the necessary forms and documentation to proceed IFP, or paid the filing fee.
3 | As plaintiff has failed to respond to the Court's order and prosecute this case, the Court
4 | recommends that this case be dismissed without prejudice.
5 | Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
6 | Procedure, the parties shall have fourteen (14) days from service of this Report to file written
7 | objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
8 | objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
9 | limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on June 28,
10 | 2019, as noted in the caption.
11 | Dated this 6th day of June, 2019.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2