UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW E. WILLIAMSON,

    Plaintiff,

v.

BURKE et al.

    Defendants.

CASE NO. 19-CV-5166 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     The case is dismissed without prejudice.

**DATED** this 28th day of June, 2019.

Ronald B. Leighton
United States District Judge

ORDER - 1